**US AIRWAYS, INC. and AIG**

v.

**WORKERS' COMPENSATION APPEAL BOARD (GENOVESE–SMITH)**

**Petition of: Paula Genovese–Smith**

**No. 302 WAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Erik Wade PARKS, Petitioner**

**No. 256 WAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.